U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 DEC -8 P5 :24
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THADDEUS SZYMANKIEWICZ,<br><br>Defendant. | Case No. 09-CR-300<br>[18 U.S.C. 371] |

## INDICTMENT

### THE GRAND JURY CHARGES:

1. Beginning in mid 2004, and continuing until approximately October 2005, in the State and Eastern District of Wisconsin and elsewhere,

**THADDEUS SZYMANKIEWICZ**

and others, did knowingly combine, conspire, confederate, and agree to commit offenses against the United States of America, that is, wire fraud in connection with a mortgage fraud scheme, in violation of Title 18, United States Code, Section 1343.

### OBJECT OF THE CONSPIRACY

2. The object of the conspiracy was to obtain money by fraudulently inducing wholesale mortgage lenders, through material false pretenses, representations, and promises, to fund mortgage loans to straw buyers for the purchase of properties located in Walworth County, Eastern District of Wisconsin.

### MANNER AND MEANS OF THE CONSPIRACY

3. As part of the conspiracy the defendant and others, agreed to pose as buyers for

the purchase of residential properties which they did not intend to occupy, and agreed to sign loan documents for mortgages that they did not intend to pay.

## OVERT ACTS

4. As further part of the conspiracy one of the conspirators arranged to create, and did create, false documents concerning the buyers' income and assets which were used as part of the loan applications submitted to lenders in support of the mortgage loans for the property.

5. In furtherance of the conspiracy, on December 6, 2004, the defendant posed as A.M. for the purchase of a property located on North Lincoln Avenue, Lake Geneva, Wisconsin, presenting fraudulent identification bearing his picture and the name A.M. and signing all of the loan documents with the name A.M.

6. As the result of the false pretenses, representations and promises, on or about December 7, 2004, GMAC-RFC, transmitted in interstate commerce by means of wire communication, funds of approximately $245,028.96 from its account at Bank One, Chicago, Illinois, to the escrow account of Nations Title Agency of Wisconsin, Inc., at Bank One, Milwaukee, Wisconsin, for the purchase of the property on North Lincoln Avenue, Lake Geneva, Wisconsin by A.M.

7. On or about December 10, 2004, the defendant, Thaddeus Szymankiewicz was issued a check in the amount of $1,500 as payment for his participation in the conspiracy.

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

Foreperson

MICHELLE L. JACOBS
United States Attorney

Date: 12/8/09