U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Thaddeus Szymankiewicz | Address: City, State and Zip Code: ███████ Rothschild, WI 54474 | | | |
|---|---|---|---|---|
| Date of Birth: xx/xx/1971 | Occupation: Unknown | | | |
| Name of Defendant's Attorney: Thomas Hayes | Address of Defendant's Attorney: | | | |
| Name of U.S. Attorney: Carol L. Kraft | | | | |
| Has warrant been issued? No | When? | By Whom? | When? | |
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? No | Where? | | | |
| Pretrial Scheduling Conference Necessary? | ☐ YES | | ☒ NO | |
| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
| Milwaukee Case ☒ | | Green Bay Case ☐ | | |
| Minor Offense | | | | |
| Petty Offense | | | | |
| Arraignment & plea before: | | Judge: | | Magistrate: |

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:** 18 U.S.C. §371 **Maximum penalties:** 5 years imprisonment; $250,000 fine; 1 year SR; $100 SA

**Agency/Agent:** S/A Mike Sheen, Federal Bureau of Investigation

**OCDETF:** No